UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| B. A. DRAUGHN, | Civil No. 11-2971 SRN/AJB |
| Plaintiff, | |
| v. | O R D E R |
| DR. BURKE, | |
| Defendant. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 19, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: November 9, 2011.

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge